ACCEPTED
01-14-00179-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 10:53:48 AM
CHRISTOPHER PRIN
CLERK

NO. 01-14-00179-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 10:53:48 AM
CHRISTOPHER A. PRINE
Clerk

VICTOR KAREH M.D.,

Appellant

V.

TRACY WINDRUM, Individually as Representative of the
Estate of LANCER WINDRUM, and on Behalf of Her
Minor Children BETHANY WINDRUM, JACOB WINDRUM,
AND HOLLY WINDRUM,

Appellees

**APPELLANT VICTOR KAREH MD'S UNOPPOSED MOTION FOR A THIRD AND FINAL EXTENSION OF TWO DAYS IN WHICH TO FILE HIS REPLY BRIEF BASED ON EXTRAORDINARY CIRCUMSTANCES**

Pursuant to Tex. R. App. P. 10.5(b), Appellant Victor Kareh, MD moves for a third and final extension of time in which to file his reply brief based on extraordinary circumstances:

1.     Presently, Appellant's reply brief is due on or before February 4, 2015. This case is scheduled for submission to the Court on February 10, 2015. Appellant requests an additional two days, until February 6, 2015, in which to file

2083551v.1

his reply.

2.    Previously, Appellant moved for an extension until February 4, 2015 in which to file his reply brief because Appellant's counsel was required to undergo non-elective in-patient surgery on January 13, 2015.  Appellant makes this motion because the surgery was significantly more extensive and required a longer hospitalization than anticipated.

3.    Specifically, on January 13, 2015, the undersigned attorney underwent brain surgery for the purpose of removing a benign brain tumor at Methodist Hospital in Houston, Texas.[1]  The surgery was anticipated to take four hours and require approximately 4 days of hospitalization.

4.    Counsel's surgery was more complicated and extensive than anticipated.  The surgery took approximately eight hours, and counsel was hospitalized for six days until January 19, 2015.  Thereafter, Counsel spent a week recovering at home, working on a reduced schedule.  Counsel returned to the office on January 27, 2015.  Counsel's work has been interrupted by follow up doctor's appointments, including one to perform related out-patient eye surgery on January 26.

5.    Counsel has worked diligently but requires a limited amount of additional time to finish the reply because of the surgery.

---

[1] The tumor, a vestibular schwannoma did not affect counsel's cognitive functions.

2

6.      Additionally, Counsel has other case obligations that he is working to fulfill, including the following immediate obligations:

- Preparing a motion for rehearing or en banc reconsideration in The Fourth Court of Appeals; No. 04-13-00757-CV; *Michael Tatsch v. Chrysler Group LLC and Infinity County Mutual Insurance Company.* This motion was filed on Friday January 30, 2015. The San Antonio Court of Appeals had granted a second extension, sought because of the surgery but stated that no further extensions would be granted.

- Responding to written discovery in Cause No. 12-12-21726; *Logan Industries v. Cargotec USA, Inc. and Patrick Drake*; In the 155th Judicial District Court of Waller County, Texas.

3.      Appellant's counsel has conferred with Appellee's counsel, Stephen Barrick. Mr. Barrick is unopposed to this request for an extension of time.

4.      Counsel considers the reason for seeking this extension to constitute extraordinary circumstances. The extension is not sought solely for purposes of delay. If the request is granted, Appellant's reply will be due on or before February 6, 2015. The extension will not affect the Court's submission date of February 10, 2015. This is the final extension that Appellant will request.

For the foregoing reasons, Appellant Victor Kareh, MD requests the Court to grant him and additional two days in which to file his reply brief, or such other

3

relief as the court may deem appropriate.

Respectfully submitted,

WILSON,ELSER,MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Sean Higgins                    .
Sean Higgins
State Bar No. 24001220
909 Fannin, Suite 3300
Houston, Texas 77010
Telephone (713) 353-2000
Facsimile (713) 785-7780

ATTORNEYS FOR APPELLANT
VICTOR KAREH M.D.

## CERTIFICATE OF CONFERENCE

On February 2, 2015, I conferred with Appellees' counsel concerning the relief requested in this motion. Counsel for Appellees stated that he is unopposed to the extension requested in this motion.

/s/ Sean Higgins

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon all counsel of record on this 2th day of February, 2015.

/s/ Sean Higgins

4

2083551v.1